IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SABA L. SHAMI, *on his*
*own behalf and on behalf of those*
*similarly situated*

           **Plaintiffs**

v.                    CIVIL ACTION NO. 1:13-cv-00467-CMH-IDD

MIDDLE EAST BROADCASTING
NETWORKS, INC.,

           **Defendant**

## NOTICE OF APPEARANCE

Susan M. Rotkis, of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601 hereby notes her appearance as counsel in this case on behalf of the Plaintiffs.

Please copy her with all matters in this case.

                                  SABA L. SHAMI, *on his*
                                  *own behalf and on behalf of those*
                                  *similarly situated*

                                    /s/
                                  Susan M. Rotkis
                                  VSB #40693
                                  Attorney for Plaintiff
                                  CONSUMER LITIGATION
                                  ASSOCIATES, P.C.
                                  763 J. Clyde Morris Blvd. Suite 1-A
                                  Newport News, Virginia 23601
                                  (757) 930-3660 - Telephone
                                  (757) 930-3662 – Facsimile
                                  srotkis@clalegal.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of August, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Daniel Edward Ingber
Jackson Lewis, LLP
10701 Parkridge Boulevard
Suite 300
Reston, Virginia  20191
Telephone: (703) 483-8300
Facsimile: (703) 483-8301
E-mail: ingberd@jacksonlewis.com
*Counsel for Middle East Broadcasting Networks, Inc.*


Kevin D. Holden
Jackson Lewis, LLP
1021 East Cary Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 649-0404
Facsimile:  (804) 649-0403
E-mail:  HoldenK@jacksonlewis.com
*Counsel for Middle East Broadcasting Networks, Inc.*


                                                      /s/
                                     Susan M. Rotkis, VSB No. 40693
                                     Consumer Litigation Associates, P.C.
                                     763 J. Clyde Morris Boulevard, Suite 1-A
                                     Newport News, VA 23606
                                     (757) 930-3660 telephone
                                     (757) 930-3662 facsimile
                                     srotkis@clalegal.com