## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| SABA L. SHAMI, for himself and on behalf of all similarly situated individuals, | |
| Plaintiffs, | |
| v. | |
| MIDDLE EAST BROADCASTING NETWORKS, INC., | Civil No. 1:13-cv-00467-CMH/IDD |
| Defendant. | |

## <u>NOTICE OF HEARING</u>

Please take notice a hearing on the final approval of the Class Action Settlement (the "Final Fairness and Approval Hearing") will take place on April 25, 2014, at 10:00 a.m., before the United States Senior District Judge Claude M. Hilton, Courtroom 800, 401 Courthouse Square, Alexandria, Virginia 22314.

Respectfully submitted,

SABA L. SHAMI, *on behalf of himself and all similarly situated individuals*

_____/s/_____

Kristi C. Kelly, Esq., (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200

Fairfax, VA 22030
703-251-5400 - Telephone
703-591-9285 – Facsimile
Email: kkelly@siplfirm.com

Leonard A. Bennett, Esq. (VSB #37523)
Susan M. Rotkis, Esq., (VSB #40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com


*Attorneys for Plaintiff*

### ***CERTIFICATE OF SERVICE***

I hereby certify that on this __26th__ day of November, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Kevin D. Holden
> Jackson Lewis LLP
> Two James Center, 1021 East Cary Street
> Suite 1200
> Richmond, Virginia 23219
> Kevin.Holden@JacksonLewis.com

By:_____/s/_____
Kristi C. Kelly, Esq., (VSB #72791)
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
703-251-5400 - Telephone
703-591-9285 – Facsimile
Email: kkelly@siplfirm.com

3