IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**SABA L. SHAMI,**
*On behalf of himself and on behalf of*
*All others similarly situated,*

        Plaintiff,

v.                      CASE NO: 1:13cv467

**MIDDLE EAST BROADCASTING NETWORK, INC.,**

        Defendant.

### PLAINTIFF'S MOTION FOR FINAL APPROVAL
### OF CLASS ACTION SETTLEMENT

COMES NOW the Plaintiff, Saba L. Shami (hereafter "Plaintiff" or "Mr. Shami") by counsel, and pursuant to Fed. R. Civ. P. 23(e) and Local Rule 7, moves the Court for Final Approval of Class Action Settlement, which motion is not opposed by the Defendant, Middle East Broadcasting Network, Inc. (hereafter "Defendant" or "MEBN"). The Plaintiff has moved separately for approval of an incentive award to the Class Representative and for attorneys' fees. For the reasons explained more fully in accompanying Memorandum in Support, the Plaintiff respectfully request entry of an Order of final approval of the Class Action Settlement, which Proposed Order is filed as an attachment to this Motion.

Respectfully Submitted,

Saba L. Shami, on behalf of himself and others similarly situated,

_____/s/_____

        Leonard Anthony Bennett
        VSB 37523
        Consumer Litigation Associates, P.C.
        763 J. Clyde Morris Blvd. Suite 1A
        Newport News VA 23601
        757-930-3660
        757-930-3662
        lenbennett@clalegal.com

        Susan M. Rotkis
        VSB 40693
        Consumer Litigation Associates, P.C.
        763 J. Clyde Morris Blvd. Suite 1A
        Newport News VA 23601
        757-930-3660
        757-930-3662
        srotkis@clalegal.com

        Kristi C. Kelly, Esq., (VSB #72791)
        Kelly & Crandall, PLC
        4084 University Dr., Suite 202-A
        Fairfax, VA 22030
        703-424-7570 - Telephone
        703-591-0167 – Facsimile
        Email: kkelly@kellyandcrandall.com


        *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

On this 11th day of April 2014, I certify that I have electronically filed the foregoing pleading in the CM/ECF system, which shall send a Notice of Electronic Filing (NEF) to:

Kevin Holden
Attorney at Law
**Jackson|Lewis LLP**
Two James Center
1021 East Cary Street, Suite 1200
Richmond, Virginia  23219
804.212-2888 | Direct
804.649.0404 | Main

kevin.holden@jacksonlewis.com

                                                         /s/
                                      Susan M. Rotkis, VSB 40693
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION
                                      ASSOCIATES, P.C.
                                      763 J. Clyde Morris Blvd., Suite 1-A
                                      Newport News, Virginia 23601
                                      (757) 930-3660 – Telephone
                                      (757) 930-3662 – Facsimile
                                      E-mail:  srotkis@clalegal.com